UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 14-45-HRW

JESSIE BREARTON, PLAINTIFF,

v. ORDER

WILLIAM SPARKS, *et al.*, DEFENDANTS.

This matter is before the Court upon Defendants' Motion for Summary Judgment [Docket No. 34]. The motion was referred to United States Magistrate Judge Edward B. Atkins for Report and Recommendation.

On June 20, 16, Magistrate Judge Atkins entered his Report and Recommendation wherein he found that Defendants are entitled to summary judgment [Docket No. 36]. Plaintiff did not respond to the Defendants' dispositive motion or file objections to the Magistrate Judge's Report and Recommendation, despite being given additional time in which to do so [Docket No. 38].

Accordingly, **IT IS HEREBY ORDERED**:

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 36] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Defendants' Motion for Summary Judgment [Docket No. 34] be **SUSTAINED**.

This 31st day of August, 2016.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge